# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. WILLIAMS-HOPKINS,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, LLC,<br><br>Defendant. | Civil Action No.<br><br>20-226 (SDW) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

**IT APPEARING** that plaintiff has filed a Fair Debt Collection Practices Act, 15 U.S.C. § 1692, lawsuit against defendant Allied Interstate, LLC ("Allied"); it further appearing that Allied filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Southern District of Texas; it further appearing that pursuant to Section 362(a) of the Bankruptcy Code, Allied's Chapter 11 bankruptcy operates as an automatic stay of, among other matters, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title," and thus, the pending case is stayed against Allied; accordingly, for good cause shown

**IT IS** on this 21st day of September, 2020:

**ORDERED** that the above-captioned matter is stayed as to defendant Allied Interstate, LLC, pending resolution of its Chapter 11 bankruptcy proceedings, or the Bankruptcy Court granting relief from the stay; and it is further

**ORDERED** that Allied Interstate, LLC is to inform the Court of the resolution of its Chapter 11 bankruptcy proceedings within 15 days of such resolution, or any Bankruptcy Court order granting relief from the stay; and it is further

**ORDERED** that this action is administratively terminated.

    *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge